**Order entered November 8, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00494-CR

**DEREK A. NELSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80609-2014**

## ORDER

We **GRANT** appellant's November 4, 2016 second motion to extend time to file his brief

and **ORDER** the brief filed no later than December 6, 2016.


/s/    ADA BROWN
        JUSTICE